UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60445-CIV-COHN/Snow

FRUTERA REAL, S.A.,
a Guatemalan Corporation,

       Plaintiff,

v.

FRESH QUEST, INC.,
a Florida Corporation,

       Defendant.
_____/

## O R D E R

THIS CAUSE is before the Court on counsel Mark Amendola's Motion to Appear *Pro Hac Vice* (DE 11). Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Mark Amendola, Esquire, is hereby permitted to enter a limited appearance for purposes of representing the defendant **Fresh Quest** in this cause; Juan Rodriguez, Esquire, is designated as local counsel.

DONE AND ORDERED at Fort Lauderdale, Florida, this 24th day of May, 2007.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

Craig Stokes, Esq. (P)
Juan Rodriguez, Esq. (D and Local Counsel for Mark Amendola)
Mark Amendola, Esq. (D

Ms. Catherine Wade (MIA)
   Executive Service Administrator